Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


## MEMORANDUM OPINION

No. 04-10-00104-CV

### IN RE Sheryl SACHTLEBEN

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Rebecca Simmons, Justice

Delivered and Filed: February 24, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On February 11, 2010, relator Sheryl Sachtleben filed a petition for writ of mandamus and a motion for emergency relief. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. *See Brady v. Fourteenth Court of Appeals*, 795 S.W.2d 712, 714 (Tex. 1990). Accordingly, the petition for writ of mandamus and the motion for emergency relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] In this proceeding, relator seeks the issuance of a writ of mandamus against Phillip Bennett, Guadalupe County Democratic Chair, pursuant to section 273.061 of the Texas Election Code. *See* TEX. ELEC. CODE. ANN. 273.061 (Vernon 2003).